1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JAMES E. CURRY, Cal. Bar No. 115769
3  MICHAEL E. GERST, Cal. Bar No. 266514
   jcurry@sheppardmullin.com
4  mgerst@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
5  Los Angeles, California 90067-6055
   Telephone: 310.228.3700
6  Facsimile:  310.228.3701

7  Attorneys for Defendant City of El Monte

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAKADA + ASSOCIATES, INC., GANNETT FLEMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF EL MONTE, A CALIFORNIA MUNICIPAL CORPORATION, AND DOES 1-50, INCLUSIVE, <br><br> Defendant. | Case No. EDCV 16-1467-GW(SPx) <br><br> **JUDGMENT GRANTING DEFENDANT CITY OF EL MONTE'S MOTION FOR SUMMARY JUDGMENT RE PLAINTIFF'S COPYRIGHT INFRINGEMENT CLAIM AND DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION** <br><br> Date:      June 1, 2017 <br> Time:      8:30 A.M. <br> Location   Courtroom 9D <br><br> Judge: Hon. George H. Wu <br> Complaint Filed: July 13, 2016 |

Defendant the City of El Monte's ("El Monte") Motion for Summary Judgment or, in the Alternative, Summary Adjudication came on for hearing on June 1, 2017, at 8:30 a.m. in the above-titled Court. After considering the papers, the evidence, and the arguments of counsel, the Court **ORDERS** as follows:

There are no disputed issues of material fact as to Plaintiffs Nakada + Associates, Inc., and Gannett Fleming, Inc.'s ("Plaintiffs") Copyright Infringement Claim pursuant to 17 U.S.C. § 507(b). The Court declines to exercise Supplemental Jurisdiction pursuant to 28 U.S.C. § 1367(c)(3). Plaintiffs' Copyright Claim is **DISMISSED WITH PREJUDICE**. All of Plaintiffs' remaining claims are hereby **DISMISSED WITHOUT PREJUDICE**, based on lack of jurisdiction. Judgment is entered for El Monte and against Plaintiffs as to Plaintiffs' Copyright Infringement Claim.

**IT IS SO ORDERED.**

DATED: June 6, 2017

_George H. Wu_
HON. GEORGE H. WU
United States District Judge

SMRH:483086811.1